IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BILLY L. ROHWEDDER,<br><br>        Plaintiff,<br><br>v.<br><br>DETECTIVE CHRISTIE BROWN et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:13-CV-750 CW<br><br>District Judge Clark Waddoups |

      The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2).  To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties."  *See* 28 U.S.C.S. § 556(c) (2015).

      The Complaint identifies the following Unified Police Department (UPD) employee as a defendant:  **Detective Christie Brown**.

      Service of process on current government employees may be effected via authorized agent.  If the named defendant is no longer employed by UPD or UPD is not authorized to accept service for this individual, more information must be obtained from UPD to complete service.

      Accordingly, **IT IS HEREBY ORDERED** that:  If UPD is unable to accept service of process for the defendant identified above, UPD shall disclose to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendant.  Such information shall include, but is not limited to, the defendant's full name and any known aliases, dates of birth, Social Security numbers, driver's license numbers, all previous addresses, and last known addresses on file.  The U.S.

Marshal shall take all necessary measures to safeguard any personal information provided by UPD to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

**IT IS SO ORDERED**.

DATED this 14th day of October, 2015.

BY THE COURT:

JUDGE CLARK WADDOUPS
United States District Court